
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 26 2008
CLERK, U.S. DISTRICT COURT
By
Deputy

ORIGINAL

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

**CHEERLEADING COMPANY** §
§
***Plaintiff,*** §
§
**v.** §
§
**VARSITY BRANDS, INC.;** §
**NSG CORPORATION; and** §
**VARSITY SPIRIT FASHIONS** §
§
***Defendants.*** §

**CIVIL ACTION NO. 3-08CV1087-K**

---

**PLAINTIFF'S ORIGINAL COMPLAINT**

---

Plaintiff Cheerleading Company ("CC") files this Original Complaint against Defendants Varsity Brands, Inc., NSG Corporation, and Varsity Spirit Fashions (collectively, "Defendants").

## I. INTRODUCTION

1. CC brings this action pursuant to 28 U.S.C. § 2201 for a declaratory judgment to the effect that Defendants do not have a valid copyright over the designs of uniforms upon which Defendants claim CC is infringing.

## II. JURISDICTION

2. This action arises under the Declaratory Judgment Act, 28 U.S.C. § 2201 and is brought to declare CC's rights regarding its business of marketing, offering for sale and selling certain cheerleading uniforms. Original jurisdiction over this cause of action is conferred upon this Court pursuant to 28 U.S.C. §§ 1331 and 1338 (a). As more fully set forth herein, Defendants have threatened Plaintiff with an action for damages and injunctive relief arising out of Plaintiff's alleged infringement of alleged copyrights. Defendants have also threatened to

bring claims for Federal unfair competition and common law unfair competition. These threats have created a reasonable apprehension on the part of CC that it will face such a lawsuit. Accordingly, there is an actual controversy between the parties.

3. Venue is proper pursuant to 28 U.S.C. §§ 1391(b) and 1400 because Defendants have conducted business in the state of Texas and in this judicial district and have purposefully availed themselves of the benefits and laws of the State of Texas.

## III. PARTIES

4. Plaintiff Movie Show Video Management, Inc. d/b/a Cheerleading Company is a Texas corporation with its principal place of business in Dallas, Texas.

5. Defendant Varsity Brands, Inc. is a Delaware corporation that may be served by and through its registered agent CT Corporation System 800 S. Gay Street, Suite 2021 Knoxville, Tennessee 37929-9701.

6. Defendant NSG Corporation is a Delaware corporation that may be served by and through its registered agent CT Corporation System 350 North St. Paul Street Dallas, Texas 75201.

7. Defendant Varsity Spirit Fashions is a Minnesota corporation that may be served by and through its registered agent Jeffrey G. Webb 6745 Lenox Center Court, Suite 300; Court Memphis, Tennessee 38115.

## IV. FACTS

8. CC manufactures and sells cheerleading uniforms, apparel, and accessories. On or about June 2, 2008, Defendants began alleging that they had acquired copyrights for the designs of 16 cheerleading uniforms, and alleging that CC was infringing upon Defendants' intellectual property and violating the Copyright Act of 1976, 17 U.S.C. §§ 101 et seq.

9. CC requested that Defendants provide CC with any copies of Certificates of Registration for the uniforms over which Defendants allege to have a valid copyright. Defendants refused, and reiterated its demands and threats.

10. Accordingly, CC files this action in this district, expressly denying that CC has committed any such infringement. Jurisdiction and venue are proper in this Court to quickly resolve this controversy, which is in the interest of all parties to the lawsuit.

## V. FIRST COUNT
## (Declaratory Relief, Pursuant to 28 U.S.C. § 2201)

11. An actual controversy has arisen between CC and Defendants regarding whether Defendants own any valid copyrights over the design of certain uniforms, and whether CC is committing any actionable copying of any such valid copyright.

12. This controversy is real and ongoing. Defendants began asserting that CC was committing actionable copying of Defendants' alleged copyrights on or about June 2, 2008; however, Defendants have refused to provide copies of any Certificates of Registration for any alleged copyrights.

13. Accordingly, CC seeks a declaration that Defendants do not have a valid copyright over the clothing designs of certain uniforms because the uniforms are useful articles for which copyright protection is not available. Therefore, CC further seeks a declaration that CC has not committing any actionable copying or infringing of any valid copyright owned by Defendants or otherwise violated any rights belonging to Defendants.

14. Such a declaration will definitively clarify the legal relations between the parties.

## VI. PRAYER FOR RELIEF

WHEREFORE, CC prays for the following relief:

(1) A declaration that Defendants do not have any valid copyrights over the clothing designs of certain uniforms because the uniforms are not subject to copyright protection;

(2) A declaration that CC has not committing any actionable copying of any valid copyright owned by Defendants;

(3) CC's costs incurred herein, including all of CC's reasonable attorneys' fees and expenses; and

(4) Any and all such other and further relief (at law or in equity) to which the Court determines CC is justly entitled.

Dated: June 26 2008

Respectfully submitted,

Molly Buck Richard
Texas State Bar No. 16842800
Elizann Carroll
Texas State Bar No. 00787209
RICHARD LAW GROUP, INC.
8411 Preston Road, Suite 890
Dallas, Texas 75225
Telephone: 214.206.4300
Facsimile: 214.206.4330

Tom M. Dees, III
Texas State Bar No. 24034412
THOMAS & DEES, PLLC
300 Crescent Court, Suite 1000
Dallas, Texas 75201
Telephone: 214.871.3400
Facsimile: 214.871.3409

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

3-08CV1087-K

ORIGINAL

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

CHEERLEADING COMPANY

**DEFENDANTS**

VARSITY BRANDS, INC., NSG CORPORATION AND VARSITY SPIRIT FASHIONS

(b) County of Residence of First Listed Plaintiff DALLAS
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
MOLLY RICHARD, RICHARD LAW GROUP, 8411 PRESTON ROAD, SUITE 890, DALLAS, TX 75225
214.206.4300, 214.206.4330 FAX

Attorneys (If Known)

RECEIVED
JUN 26 2008
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☒ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**): 28 USC §2201

Brief description of cause: DECLARATORY JUDGMENT REGARDING COPYRIGHT OWNERSHIP

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 **DEMAND $**

CHECK YES only if demanded in complaint: **JURY DEMAND:** ☐ Yes ☒ No

**VIII. RELATED CASE(S) PENDING OR CLOSED** (See instructions): JUDGE DOCKET NUMBER

DATE June 26, 2008

SIGNATURE OF ATTORNEY OF RECORD [signature]

**FOR OFFICE USE ONLY**

RECEIPT # AMOUNT APPLYING IFP JUDGE MAG. JUDGE